# United States Bankruptcy Court
# District of Massachusetts

| | |
|---|---|
| In re:<br><br>1853 COMMONWEALTH AVENUE LLC,<br><br>Debtor | Chapter 11<br>Case No. 09-12867-HJB |

### ORDER TO SHOW CAUSE

To:   David Nielson (Counsel to the Debtor)
      Nielson Law Office
      1212 Hancock Street, Suite 120
      Quincy, MA 02169

YOU ARE ORDERED TO APPEAR before this Court on April 16, 2009 at 2:30 P.M. in Boston, MA, Courtroom 2, for a status conference in the above-named Debtor's case and to show cause as to why the Debtor's case should not be dismissed or converted to one under Chapter 7 or a Chapter 11 trustee should not be appointed on account of the Debtor's apparent failure to seek Court authorization for the use of cash collateral.

By the Court,

/s/ Henry Jack Boroff

Dated:   April 10, 2009

Henry J. Boroff
United States Bankruptcy Judge

Copy to:   Debtor
           United States trustee