**BALANCE SHEET**
**1853 Commonwealth Avenue LLC**

**As of April 1, 2009**

**ASSETS**

**Current assets**

    **Cash**                                   $     300

**Long-term or non-current assets**

    **Property, plant & equipment**    $825,000

    Includes:
        Land
        Buildings
        Improvements

**TOTAL ASSETS**                        $825,300

**LIABILITIES**

**Current liabilities**

    **Accounts payable**            $6,863

    Notes payable              $3,800

**Long-term or non-current liabilities**

    Notes payable              $474,000

Total liabilities                   $484,663

**NET ASSETS**

    Property, plant & equipment    $340,637

**TOTAL LIABILITIES and NET ASSETS**    $825,300