**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS – EASTERN DIVISION (BOSTON)**

IN RE:   1853 COMMONWEALTH                      Case No. 09-12867
         AVENUE LLC,                            Judge Boroff
               Debtor                           Chapter 11

## MOTION TO EXTEND DATE TO FILE CHAPTER 11 PLAN

Now comes 1853 Commonwealth Avenue LLC (the "Debtor") and hereby moves this Court for the entry of an Order extending the date for filing their Chapter 11 Plan from July 1, 2009 to August 3, 2009.

The debtor is a sole member LLC. The sole member, Ralph Feinberg, became ill in early June, underwent emergency surgery including a hospital stay of almost two-weeks.  His physician states in a June 30, 2009 letter (Exhibit A) that Mr. Feinberg is currently recuperating and is scheduled for an evaluation on July 13, 2009.

WHEREFORE, the Debtor prays that the Court enter an Order extending the date to file their Chapter 11 plan for one month.

Dated: July 1, 2009                 Debtor through counsel,

                                    /s/David D Nielson                    .
                                    David D Nielson (BBO 652743)
                                    Nielson Law Office
                                    1212 Hancock Street, Suite 120
                                    Quincy, Massachusetts o2160
                                    (617) 773-6866

1

## **CERTIFICATE OF SERVICE**

        I hereby certify that on the 1st day of July, 2009, I electronically filed the foregoing Motion to extend the date for filing of the Chapter 11 Plan with the Clerk of the Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  The following participants have received notice electronically:

    Eric K. Bradford on behalf of Interested Party United States Trustee
    Eric.K.Bradford@USDOJ.gov

    John Fitzgerald
    USTPRegion01.BO.ECF@USDOJ.GOV

    Joseph G. LaRusso on behalf of Creditor City of Boston Treasury Department
    joseph.larusso@cityofboston.gov

    Alexander G. Rheaume on behalf of Creditor The Village Bank
    arheaume@riemerlaw.com.

and I hereby certify that a copy of the Motion was served by US first class mail with sufficient postage pre-paid, to the following interested parties that include the largest 20 creditors not served above, as set forth below:

| | | |
|---|---|---|
| National Grid<br>Bankruptcy Unit<br>300 Erie Blvd. West<br>Saracuse, NY 13202 | NSTAR<br>PO Box 4508<br>Woburn, MA 01888 | Sec. of the Commonwealth<br>1 Ashburton Place, 17th Flr<br>Boston, MA 02108 |
| A-1 Exterminators<br>PO Box 310<br>Lynn, MA 19013 | NSTAR<br>ATTN: Cathy Berry<br>Legal Collections<br>1 NSTAR Way<br>Westwood, MA 02199 | Mass. Dept. of Revenue<br>PO Box 7002<br>Boston, MA 02204 |
| Boston City Tax Collector<br>City Of Boston<br>POB 55808<br>Boston, MA 02205 | | |

                July 1, 2009    /s/ David D Nielson
                                         David D Nielson
                                         Nielson Law Office
                                         1212 Hancock Street, Suite 120
                                         Quincy, Massachusetts 02169
                                         (617) 773-6866