# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** 1853 Commonwealth Avenue LLC          **Case Number:** 09-12867          **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#54 Final  Application of David Nielson for Compensation and Expenses as Counsel to the Debtor

**OUTCOME:**

_____Granted_____Denied_____Approved____ Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                            Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__✓__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

HEARING HELD 09/09/09

GRANTED IN THE AMOUNT OF $5,161.00 WITH THE RETAINER TO BE CREDITED.  ALLOWANCE OF THE BALANCE IS DEFERRED TO THE TIME OF THE HEARING ON THE FINAL ACCOUNT.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Henry Jack Boroff
_____               _____ Dated: 09/21/2009
Courtroom Deputy                             Henry J. Boroff, U.S. Bankruptcy Judge