UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1853 COMMONWEALTH AVENUE, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor | ) | Case No. 09-12867-HJB |
| | ) | |

**UNITED STATES TRUSTEE'S ASSENTED-TO MOTION
TO RESCHEDULE HEARINGS SCHEDULED FOR
NOVEMBER 16, 2009
(WITH CERTIFICATES OF SERVICE AND CONFERENCE)**

The United States Trustee, with the assent of counsel for Ralph Feinberg ("Feinberg"), Village Bank ("Village") and Gary Cruickshank, chapter 11 trustee ("Trustee"), moves the Court:

1) to reschedule for the week of November 30, 2009 the evidentiary hearings ("Hearings") currently set for Monday, November 16, 2009 on the United States Trustee's motion to dismiss ("UST Motion") (Docket #64) and Village's motion for stay relief (Docket #65);

2) to schedule a hearing for the week of November 30, 2009 on the joint motion filed by Feinberg, Village and the Trustee to approve their cash collateral stipulation ("Stipulation") (Docket #s91 and 92);

3) to consolidate the Hearings with a hearing on the motion to approve the Stipulation; and

4) to cancel the November 16, 2009 Hearings.

In the interregnum, the Trustee, Feinberg and the United States Trustee will finalize a stipulation regarding the UST Motion.

WHEREFORE, the United States Trustee prays that the Court enter orders 1) rescheduling the Hearings for the week of November 30, 2009, 2) scheduling a hearing on the

1

motion to approve the Stipulation for the week of November 30, 2009, 3) consolidating the Hearings with a hearing on the Stipulation, 4) cancelling the November 16, 2009 Hearings and 5) granting her all such other and further legal and equitable relief to which she may be entitled.

        Respectfully submitted,

        PHOEBE MORSE

        United States Trustee

By:   */s/ Eric K. Bradford*
      Eric K. Bradford BBO#560231
      United States Department of Justice
      Thomas P. O'Neill Jr. Federal Bldg.
      10 Causeway Street, Room 1184
      Boston, MA 02222
      PHONE:   (617) 788-0415
      FACSIMILE: (617) 565-6368
      Eric.K.Bradford@USDOJ.gov

Dated: November 12, 2009.

## CERTIFICATE OF SERVICE

      I certify that on November 12, 2009, true and correct copies of the foregoing motion were served by CM/ECF only upon the individuals who filed notices of appearance in the Court's CM/ECF database, including the individuals listed below.

                                    PHOEBE MORSE

                                    United States Trustee

By:    */s/ Eric K. Bradford*
           Eric K. Bradford BBO#560231
           United States Department of Justice
           Thomas P. O'Neill Jr. Federal Bldg.
           10 Causeway Street, Room 1184
           Boston, MA 02222
           PHONE:     (617) 788-0415
           FACSIMILE: (617) 565-6368
           Eric.K.Bradford@USDOJ.gov

Gary W. Cruickshank, Esq.
Law Office of Gary W. Cruickshank
21 Custom House Street
Suite 920
Boston, MA 02110
(Chapter 11 Trustee)

Herbert Weinberg, Esq.
Rosenberg & Weinberg,
805 Turnpike St., Suite. 201
North Andover, MA 01845
(Counsel for Mr. Feinberg)

Alexander G. Rheaume, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(Counsel for Village Bank)

### CERTIFICATE OF CONFERENCE

    I certify that on November 12, 2009, I communicated with Attorneys Weinberg, Rheaume and Cruickshank regarding the foregoing motion either by email or telephone. Each of them assented to the requested relief.

                      PHOEBE MORSE

                      United States Trustee

By:   */s/ Eric K. Bradford*
        Eric K. Bradford BBO#560231
        United States Department of Justice
        Thomas P. O'Neill Jr. Federal Bldg.
        10 Causeway Street, Room 1184
        Boston, MA 02222
        PHONE:    (617) 788-0415
        FACSIMILE:  (617) 565-6368
        Eric.K.Bradford@USDOJ.gov

1183587.2