UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

In Re:                                                     )        Chapter 11
1853 COMMONWEALTH AVENUE, LLC )        Case No. 09-12867-HJB
    Debtor                                       )
-------------------------------------------------------

## NOTICE OF RESIGNATION OF TRUSTEE

Gary W. Cruickshank, Chapter 11 Trustee of the above captioned Debtor hereby submits his resignation in this case.

Dated: February 26, 2010            /s/Gary W. Cruickshank, Esq.
                                                  Chapter 11 Trustee of
                                                  1853 Commonwealth Avenue LLC
                                                  21 Custom House Street
                                                  Suite 920
                                                  Boston, MA 02110
                                                  (617) 330-1960
                                                  gwc@cruickshank-law.com
                                                  (BBO107600)

# CERTIFICATE OF SERVICE

      I, Gary W. Cruickshank, hereby certify that a copy of the foregoing Resignation has been served, unless otherwise stated, via regular United States mail, postage prepaid, upon the following parties:

| | |
|---|---|
| Eric Bradford, Esq. | Alexander G. Rheaume, Esq. |
| United States Trustee | Riemer & Braunstein |
| John W. McCormack | Counsel to Village Bank |
| Post Office and Courthouse | Three Center Plaza |
| 5 Post Office Square, 10th Floor | Boston MA 02108 |
| Suite 1000 | (electronically) |
| Boston MA 02109 | |
| (electronically) | |
| | |
| Joseph G. LaRusso, Esq. | Herbert Weinberg, Esq. |
| City of Boston Treasury Dept. | Rosenberg & Weinberg |
| One City Hall Square | Counsel to Ralph Feinberg |
| City Hall Room M-5 | 805 Turnpike Street, Ste. 201 |
| Boston MA 02201 | North Andover MA 01845 |
| (electronically) | (electronically) |

Dated: February 26, 2010                        /s/Gary W. Cruickshank, Esq.