UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| IN RE: ) | | CHAPTER 11 |
| ) | | NO. 09-12867-HJB |
| 1853 COMMONWEALTH ) | | |
| AVENUE, LLC, ) | | |
| DEBTOR ) | | |
| _____) | | |

## MOTION TO APPEAR TELEPHONICALLY

Ralph Feinberg, Equity Holder of 1853 Commonwealth Avenue, LLC ("Feinberg") respectfully requests that his counsel be allowed to appear telephonically at the hearing on his Motion to Dismiss scheduled for Friday, March 12, 2010 at 2:00 p.m. in Springfield, Massachusetts. In support, Feinberg represents as follows:

1. Feinberg wishes for Herbert Weinberg to specifically represent him and appear telephonically which would, allow the Court to have the hearing as scheduled and allow Counsel for Feinberg, a Sabbath observant Jew, to be home before the Sabbath.

2. Upon information and belief, all other parties will be asking to appear telephonically.

WHEREFORE, Counsel for Feinberg respectfully requests that this Court enter an Order authorizing him to appear by telephone at the March 12, 2010 hearing on Feinberg's Motion to Dismiss.

Respectfully submitted,
Ralph Feinberg
By his counsel,

/s/ Herbert Weinberg_____
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-2479

Dated: March 11, 2010     hweinberg@jrhwlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | CASE NO.  09-12867-HJB |
| 1853 COMMONWEALTH ) | |
| AVENUE, LLC, ) | |
|    DEBTOR ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Appear Telephonically was this day sent, by mailing, first class mail, postage prepaid or through the Court's ECF to the following:

Paula Bachtell, Esq.
Eric K. Bradford, Esq.
United States Department of Justice
Office of the U. S. Trustee
5 Post Office Square, Room 1000
Boston, MA  02109

Ralph Feinberg
45 Bishopsgate Road
Newton, MA 02459

Office of the U. S. Trustee
5 Post Office Square
Boston, MA  02109

Alexander G. Rheaume, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108

Joseph Butler, Esquire
Chapter 11 Trustee
100 Cambridge Street
Boston, MA 02114

Joseph G. LaRusso
City of Boston Treasury Department
1 City Hall Square
Boston, MA  02201

Gary W. Cruikshank, Esq.
Chapter 11 Trustee
21 Customhouse St, Suite 920
Boston, MA 02110
.

2

Signed under the penalties of perjury this 11th day of March 2010.

/s/ Herbert Weinberg
Herbert Weinberg (BBO #55415)
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com